IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GREAT WEST CASUALTY                )
COMPANY,                           )          Case No. 8:13CV18
                                   )
            Plaintiff,             )
                                   )
      vs.                          )          **ORDER**
                                   )
MARTEN TRANSPORT, LTD.,            )
MARTEN TRANSPORT                   )
SERVICES, LTD, and MARTEN          )
TRANSPORT LOGISTICS, LLC,          )
                                   )
            Defendants.            )


     Upon notice of settlement given to the magistrate judge by Victoria Buter and Steven Davidson, counsel for the parties,

     **IT IS ORDERED:**

     1.  On or before **April 8, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case;

     2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

     3. Pending deadlines are cancelled upon the representation that this case is settled.

Dated: March 7, 2013.


BY THE COURT:


s/ F.A. Gossett, III
United States Magistrate Judge